UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESHARD WRIGHT,<br><br>                    Plaintiff,<br><br>-against-<br><br>COMMISSIONER ANTHONY ANNUCCI, et al.,<br><br>                    Defendants. | 23-CV-6910 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION AND PRISONER AUTHORIZATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 11, 2023, the Court directed Plaintiff, who is incarcerated, to pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of the filing fee, by filing an IFP application and a prisoner authorization. Plaintiff did not pay the filing fees or submit an application to proceed IFP. He did, however, file an amended complaint, suggesting his interest in pursuing this action. Accordingly, the Court grants Plaintiff an additional 30 days from the date of this order to either pay $402.00 in fees, the total amount of fees, or to complete, sign, and submit the attached IFP application and prisoner authorization.

No summons shall be issued at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:   October 4, 2023
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge